886 A.2d 659

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
REGINALD R. MOORE, DEFENDANT–PETITIONER.

November 17, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).